**Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00761-CV
_____

### JAMES B. VAN BERGEN AND SUSAN VAN BERGEN, Appellants

### V.

### SUSAN SOSKI PHILLIPS AND WANDA FOSTER, Appellees

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-02498**

---

## ORDER

On November 6, 2012, this Court issued an order abating the appeal for mediation. On January 3, 2013, the mediator notified this Court that the case had settled.

The case is reinstated today. The parties' dispositive motion is due on or before **February 25, 2013**.

PER CURIAM